IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**GERMMA HAMMOND**, on behalf of
himself and all other similarly situated
employees,

    Plaintiffs,

v.

**FLOOR AND DECOR OUTLETS OF
AMERICA, INC**.,

    Defendant.

Civil Action No.3:19-cv-01099
Honorable Aleta A. Trauger

JURY DEMAND

**DECLARATION OF LINCOLN O. BISBEE IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Lincoln O. Bisbee, declare under oath:

1.  I am an attorney with the law firm Morgan, Lewis & Bockius LLP, located at 1111 Pennsylvania Avenue, N.W. Washington, DC 20001.  My telephone number is (202) 739-3000 and my email address is lincoln.bisbee@morganlewis.com.

2.  I wish to be admitted *pro hac vice* on behalf of Defendant in the above-styled action.

3.  I am not a resident of the Middle District of Tennessee, and I do not maintain an office to practice law in the Middle District of Tennessee.

4.  I am a member in good standing of the bar for the United States District Court for the District of Columbia.  A true and correct Certificate of Good Standing from the United States District Court for the District of Columbia is attached hereto as Exhibit A.

5.  No disciplinary proceedings by any disciplinary authority or any court or any criminal charges have been instated against me.

6.  I hereby acknowledge my responsibility for compliance with all rules of this Court and agree to confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in

the course of this proceeding.

7.      I have associated with Katharine R. Cloud and Keane A. Barger of the law firm of

Riley Warnock & Jacobson, PLC, 1906 West End Avenue, Nashville, Tennessee 37203, for my

appearance *pro hac vice* in this matter.

8.      I declare under oath on this 3rd day of February 2020 that the foregoing is true and

correct.

/s/ *Lincoln O. Bisbee*
Lincoln O. Bisbee
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC  20001
Tel:     (202) 739-3000
Fax:    (202) 739-3001
lincoln.bisbee@morganlewis.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served upon the following

via the Court's ECF system:

> YEZBAK LAW OFFICES PLLC
> Charles P. Yezbak, III
> N. Chase Teeples
> 2002 Richard Jones Road, Suite B-200
> Nashville, TN 37215
> Tel.: (615) 250-2000
> Fax: (615) 250-2020
> yezbak@yezbaklaw.com
> teeples@yezbaklaw.com
>
> McGILLIVARY STEELE ELKIN LLP
> Gregory K. McGillivary
> Diana J. Nobile
> Hillary LeBeau
> 1101 Vermont Avenue NW, Suite 1000
> Washington, D.C. 20005
> Tel.: (202) 833-8855
> Fax: (202) 452-1090
> gkm@mselaborlaw.com
> djn@mselaborlaw.com
> hdl@mselaborlaw.com
>
> *Attorneys for Plaintiffs*

this the 3rd day of February 2020.

*/s/ Keane A. Barger*_____