IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **GERMMA HAMMOND**, on behalf of himself and all other similarly situated employees, | Civil Action No. 3:19-cv-01099 Honorable Aleta A. Trauger |
| Plaintiffs, | |
| v. | |
| **FLOOR AND DECOR OUTLETS OF AMERICA, INC.**, | JURY DEMAND |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON OPT-IN PLAINTIFF MARK TURNER'S CLAIM

Having considered Defendant Floor and Decor Outlets of America, Inc.'s Motion for Summary Judgment on Opt-In Plaintiff Mark Turner's Claim, and any response thereto and reply in support thereof, the Court **GRANTS** the Motion.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge