# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GERMMA HAMMOND, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FLOOR AND DECOR OUTLETS OF AMERICA, INC., <br><br> Defendant. | Case No: 3:19-cv-1099 <br><br> JURY TRIAL DEMANDED <br><br> Collective Action |

## PLAINTIFFS' UNOPPOSED
## MOTION TO APPROVE SETTLEMENT

Plaintiff Germma Hammond ("Plaintiff"), through undersigned counsel, here by submits this Unopposed Motion to Approve the Settlement.

Subject to Court approval, Plaintiff, on behalf of himself and all opt-in plaintiffs (collectively, "Plaintiffs" or "Collective Action Members"), and Defendant Floor and Décor Outlets of America, Inc. ("Defendant" or "F&D") (together with Plaintiffs, the "Parties") have entered an agreement to settle Plaintiffs' overtime claims under the Fair Labor Standards Act of 1938 ("FLSA") 29 U.S.C. §§ 201–19. The Parties' Joint Stipulation of Collective Action Settlement and Release (the "Settlement Agreement") resolves all Plaintiffs' FLSA claim and any state-law wage and hour claims that were, or could have been, brought in this action (collectively the "Released Claims").

As set forth in the accompanying Memorandum of Law, the Plaintiffs respectfully request that the Court enter an order:

(1) approving and adopting the terms of the Parties' Settlement Agreement, including the payments to Plaintiffs, the service award to the Named Plaintiff, and the payment of attorneys' fees and costs to Plaintiffs' counsel;

(2) dismissing with prejudice Plaintiffs' Released Claims against Defendant, consistent with the release contained in the Settlement Agreement, and dismissing with prejudice this civil action, as there are no issues remaining for the Court's attention following approval of the Settlement Agreement; and

(3) retaining jurisdiction over the Parties to the Settlement Agreement for the purposes of interpretation, compliance, and enforcement of the Settlement Agreement. A proposed order is attached hereto as Exhibit A.

Dated: November 2, 2021					Respectfully submitted,

/s/ *Charles P. Yezbak, III*
Charles P. Yezbak, III (TN BPR #18965)
/s/ *N. Chase Teeples*
N. Chase Teeples (TN BPR #032400)
YEZBAK LAW OFFICES PLLC
2021 Richard Jones Road
Suite 310-A
Nashville, TN 37201
Tel.: (615) 250-2000
Fax: (615) 250-2020
yezbak@yezbaklaw.com
teeples@yezbaklaw.com

/s/ *Gregory K. McGillivary*
Gregory K. McGillivary (D.C. Bar 411029)*
/s/ *Diana J. Nobile*
Diana J. Nobile (D.C. Bar 997725)*
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Avenue NW
Suite 1000
Washington, D.C. 20005
Tel.: (202) 833-8855
Fax: (202) 452-1090
gkm@mselaborlaw.com
djn@mselaborlaw.com

*Admitted *Pro Hac Vice*

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing has been filed via the Court's ECF filing system on November 2, 2021, which sent a copy to the following counsel of record:

Lincoln O. Bisbee
Russell R. Bruch
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20001
Tel: (202) 739-3000
Fax: (202) 739-3001
lincoln.bisbee@morganlewis.com
russell.bruch@morganlewis.com

Keane A. Barger
Katharine R. Cloud
**RILEY WARNOCK & JACOBSON PLC**
1906 West End Avenue
Nashville, TN 37203
Tel: (615) 320-3700
Fax: (615) 320-3737
kbarger@rwjplc.com
kcloud@rwjplc.com

*Attorneys for Defendant*

                                                                /s/ Diana J. Nobile
                                                                 Diana J. Nobile