Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERMMA HAMMOND, on behalf of himself and all others similarly situated,<br><br>　Plaintiff,<br><br>v.<br><br>FLOOR AND DECOR OUTLETS OF AMERICA, INC.,<br><br>　Defendant. | Case No: 3:19-cv-1099<br><br>JURY TRIAL DEMANDED<br><br>Collective Action |

## PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT

Plaintiff Germma Hammond ("Plaintiff"), through undersigned counsel, here by submits this Unopposed Motion to Approve the Settlement.

Subject to Court approval, Plaintiff, on behalf of himself and all opt-in plaintiffs (collectively, "Plaintiffs" or "Collective Action Members"), and Defendant Floor and Décor Outlets of America, Inc. ("Defendant" or "F&D") (together with Plaintiffs, the "Parties") have entered an agreement to settle Plaintiffs' overtime claims under the Fair Labor Standards Act of 1938 ("FLSA") 29 U.S.C. §§ 201–19. The Parties' Joint Stipulation of Collective Action Settlement and Release (the "Settlement Agreement") resolves all Plaintiffs' FLSA claim and any state-law wage and hour claims that were, or could have been, brought in this action (collectively the "Released Claims").

As set forth in the accompanying Memorandum of Law, the Plaintiffs respectfully request that the Court enter an order: