IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERMMA HAMMOND, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>FLOOR AND DECOR OUTLETS OF AMERICA, INC.,<br><br>  Defendant. | Case No: 3:19-cv-1099<br><br>JURY TRIAL DEMANDED<br><br>Collective Action |

**ORDER APPROVING FAIR LABOR STANDARDS ACT**
**COLLECTIVE ACTION SETTLEMENT**

The above-entitled matter came before the Court on Plaintiff's Unopposed Motion for Approval of Collective Action Settlement under the Fair Labor Standards Act (the "FLSA") ("Approval Motion") and to dismiss the action with prejudice. It is hereby ORDERED and ADJUDGED as follows:

1. All defined terms contained herein shall have the same meaning as set forth in the Joint Stipulation of Collective Action Settlement and Release (the "Stipulation" or "Agreement"), unless otherwise stated in this Approval Order.

2. The Approval Motion is GRANTED, as the Parties' Collective Action Settlement is a fair, reasonable, and just resolution of a *bona fide* dispute.

3. The Court has subject matter jurisdiction to approve the Agreement, including all Exhibits thereto, and to enter this Approval Order and judgment. Without in any way affecting the finality of this Approval Order and judgment, this Court hereby retains jurisdiction as to all

matters relating to administration, consummation, enforcement, and interpretation of the Agreement and of this Approval Order, and for any other necessary purpose.

4. The Court approves the parties' Settlement Agreement, "so orders" all of its terms, and approves the Notice attached to the Agreement.

5. This judgment shall be binding on all Plaintiffs who shall be deemed to have conclusively released their Released Claims against the Defendant and Released Parties.

6. The Court approves the Service Payment for Germma Hammond.

7. The Court grants Plaintiffs' request for attorneys' fees and out-of-pocket costs and expenses.

8. The Court approves Rust Consulting, Inc. as the Settlement Administrator.

9. The action is hereby dismissed with prejudice.

10. The Parties are hereby directed to implement and consummate the Settlement Agreement according to its terms and provisions. Without further order of the Court, the Parties may agree to reasonably necessary extensions of time to carry out any of the provisions of the Settlement Agreement.

ALETA A. TRAUGER
U.S. DISTRICT JUDGE

2

Case 3:19-cv-01099   Document 214   Filed 11/04/21   Page 2 of 2 PageID #: 2515